K2KLPINC

1  UNITED STATES DISTRICT COURT
   SOUTHERN DISTRICT OF NEW YORK
2  ------------------------------x

3  UNITED STATES OF AMERICA,

4         v.                                15 Cr. 379 (PKC)

5  MAURICIO HERNANDEZ PINEDA,

6              Defendant.
                                           Conference
7  ------------------------------x

8                                          New York, N.Y.
                                           February 20, 2020
9                                          2:30 p.m.

10 Before:

11
                        HON. P. KEVIN CASTEL,
12
                                           District Judge
13
                             APPEARANCES
14
   GEOFFREY S. BERMAN
15      United States Attorney for the
        Southern District of New York
16 BY:  ELINOR TARLOW
        Assistant United States Attorney
17
   LINCOLN SQUARE LEGAL SERVICES, INC.
18      Attorneys for Defendant
   BY:  MICHAEL W. MARTIN
19      IAN WEINSTEIN

20 Also Present:
   Humberto Garcia, Interpreter (Spanish)
21

22

23

24

25

1          (Case called)

2          MS. TARLOW:  Good afternoon, your Honor.

3          Elinor Tarlow, for the government.

4          THE COURT:  Good afternoon, Ms. Tarlow.

5          And for the defendant?

6          MR. MARTIN:  Good afternoon, your Honor.

7          Michael Martin, Lincoln Square Legal Services.  With

8     me on the right is Mr. Pineda.  And further on the right is Mr.

9     Ian Weinstein, another supervising attorney in Lincoln Square

10    Legal Services.

11         THE COURT:  All right.  Good afternoon to you all.

12         And good afternoon to Mr. Pineda.

13         THE DEFENDANT:  Good afternoon.

14         THE COURT:  Mr. Martin, has the defendant received,

15    reviewed, and discussed with you the indictment that was

16    returned and docketed under 15 Cr. 379 and contains three

17    separate counts as well as forfeiture allegations?

18         MR. MARTIN:  He has seen it.  We have reviewed it

19    together, your Honor.

20         THE COURT:  All right.  And does he waive the public

21    reading of it?

22         MR. MARTIN:  He does, your Honor.

23         THE COURT:  All right.  And how does Mr. Pineda plead

24    to the three counts of the indictment?

25         MR. MARTIN:  Not guilty, your Honor.

1    THE COURT:  All right.  A plea of not guilty will be

2  entered on the docket.

3    Let me hear from the government as to the volume of

4  discovery in this case and when the government anticipates

5  discovery will be complete.

6    MS. TARLOW:  Yes, your Honor.

7    The discovery in this case primarily consists of

8  recordings, paperwork associated with the defendant's arrest,

9  as well as certain other discovery that has been produced to

10  the defendant's co-defendants.  The Rule 16 discovery is not

11  entirely voluminous, primarily because the evidence against

12  this defendant relies on cooperating witness statements, and,

13  therefore, would be Rule 3500 material.

14    So the parties have conferred and discussed setting --

15  or proposing to your Honor setting another conference date in

16  approximately 60 days, which would allow the government time to

17  produce discovery, defense to review discovery, and for the

18  parties to engage in any pretrial disposition discussions.

19    THE COURT:  All right.  How does that sound to you,

20  Mr. Martin?

21    MR. MARTIN:  That sounds fine, your Honor.

22    THE COURT:  Let's see if you can get you a date about

23  60 days out.

24    Would April 24th be convenient, Mr. Martin?

25    MR. MARTIN:  Yes, it would be, your Honor.

1      THE COURT:  All right.  And, Ms. Tarlow?

2      MS. TARLOW:  Yes, your Honor.

3      THE COURT:  All right.  So I'll set it for April 24th,

4  at 11:30.  And I'll hear the government's motion.

5      MS. TARLOW:  For the reasons just stated, your Honor,

6  we would exclude time until April 24th, to produce discovery,

7  to have defense review discovery, and to engage in pretrial

8  disposition discussions.

9      MR. MARTIN:  No objection, your Honor.

10      THE COURT:  All right.  And April 24th will be the

11  date and time for the defendant to return and advise the Court

12  whether there are any motions the defendant wishes to make in

13  this case.

14      I find that the ends of justice will be served by

15  granting a continuance to April 24th and that the need for a

16  continuance outweighs the best interests of the public and the

17  defendant in a speedy trial.  The reasons for my finding are

18  that the time is needed to enable the government to produce

19  discovery, for defense counsel to review it, to discuss it with

20  his client, and to be in a position to return to this Court to

21  advise whether there are any motions he wishes to make in this

22  case.  Accordingly, the time between today and April 24th is

23  excluded under the Speedy Trial Act.

24      Anything further from the government?

25      MS. TARLOW:  No, your Honor.  Thank you.

K2KLPINC

1          THE COURT:  From the defendant?

2          MR. MARTIN:  No, your Honor.

3          THE COURT:  Thank you all very much.

4                         ******

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25