```
 1   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 2   ------------------------------x

 3   UNITED STATES OF AMERICA,

 4              v.                           15 Cr. 379 (PKC)

 5   MAURICIO HERNANDEZ PINEDA,

 6              Defendant.
                                             Conference
 7   ------------------------------x

 8                                           New York, N.Y.
                                             February 20, 2020
 9                                           2:30 p.m.

10   Before:

11
                         HON. P. KEVIN CASTEL,
12
                                        District Judge
13
                              APPEARANCES
14
     GEOFFREY S. BERMAN
15        United States Attorney for the
          Southern District of New York
16   BY:  ELINOR TARLOW
          Assistant United States Attorney
17
     LINCOLN SQUARE LEGAL SERVICES, INC.
18        Attorneys for Defendant
     BY:  MICHAEL W. MARTIN
19        IAN WEINSTEIN

20   Also Present:
     Humberto Garcia, Interpreter (Spanish)
21

22

23

24

25
```

1              (Case called)
2              MS. TARLOW:  Good afternoon, your Honor.
3              Elinor Tarlow, for the government.
4              THE COURT:  Good afternoon, Ms. Tarlow.
5              And for the defendant?
6              MR. MARTIN:  Good afternoon, your Honor.
7              Michael Martin, Lincoln Square Legal Services.  With
8    me on the right is Mr. Pineda.  And further on the right is Mr.
9    Ian Weinstein, another supervising attorney in Lincoln Square
10   Legal Services.
11             THE COURT:  All right.  Good afternoon to you all.
12             And good afternoon to Mr. Pineda.
13             THE DEFENDANT:  Good afternoon.
14             THE COURT:  Mr. Martin, has the defendant received,
15   reviewed, and discussed with you the indictment that was
16   returned and docketed under 15 Cr. 379 and contains three
17   separate counts as well as forfeiture allegations?
18             MR. MARTIN:  He has seen it.  We have reviewed it
19   together, your Honor.
20             THE COURT:  All right.  And does he waive the public
21   reading of it?
22             MR. MARTIN:  He does, your Honor.
23             THE COURT:  All right.  And how does Mr. Pineda plead
24   to the three counts of the indictment?
25             MR. MARTIN:  Not guilty, your Honor.

1     THE COURT:  All right.  A plea of not guilty will be
2 entered on the docket.
3     Let me hear from the government as to the volume of
4 discovery in this case and when the government anticipates
5 discovery will be complete.
6     MS. TARLOW:  Yes, your Honor.
7     The discovery in this case primarily consists of
8 recordings, paperwork associated with the defendant's arrest,
9 as well as certain other discovery that has been produced to
10 the defendant's co-defendants.  The Rule 16 discovery is not
11 entirely voluminous, primarily because the evidence against
12 this defendant relies on cooperating witness statements, and,
13 therefore, would be Rule 3500 material.
14     So the parties have conferred and discussed setting --
15 or proposing to your Honor setting another conference date in
16 approximately 60 days, which would allow the government time to
17 produce discovery, defense to review discovery, and for the
18 parties to engage in any pretrial disposition discussions.
19     THE COURT:  All right.  How does that sound to you,
20 Mr. Martin?
21     MR. MARTIN:  That sounds fine, your Honor.
22     THE COURT:  Let's see if you can get you a date about
23 60 days out.
24     Would April 24th be convenient, Mr. Martin?
25     MR. MARTIN:  Yes, it would be, your Honor.

1    THE COURT:  All right.  And, Ms. Tarlow?

2    MS. TARLOW:  Yes, your Honor.

3    THE COURT:  All right.  So I'll set it for April 24th,
4 at 11:30.  And I'll hear the government's motion.

5    MS. TARLOW:  For the reasons just stated, your Honor,
6 we would exclude time until April 24th, to produce discovery,
7 to have defense review discovery, and to engage in pretrial
8 disposition discussions.

9    MR. MARTIN:  No objection, your Honor.

10    THE COURT:  All right.  And April 24th will be the
11 date and time for the defendant to return and advise the Court
12 whether there are any motions the defendant wishes to make in
13 this case.

14    I find that the ends of justice will be served by
15 granting a continuance to April 24th and that the need for a
16 continuance outweighs the best interests of the public and the
17 defendant in a speedy trial.  The reasons for my finding are
18 that the time is needed to enable the government to produce
19 discovery, for defense counsel to review it, to discuss it with
20 his client, and to be in a position to return to this Court to
21 advise whether there are any motions he wishes to make in this
22 case.  Accordingly, the time between today and April 24th is
23 excluded under the Speedy Trial Act.

24    Anything further from the government?

25    MS. TARLOW:  No, your Honor.  Thank you.

K2KLPINC

1          THE COURT:  From the defendant?
2          MR. MARTIN:  No, your Honor.
3          THE COURT:  Thank you all very much.
4                          ******