

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 17, 2020

<u>Via ECF</u>
The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Mauricio Hernandez Pineda*, S4 15 Cr. 379 (PKC)

Dear Judge Castel:

      The Government writes on behalf of the parties to request a thirty day adjournment of the June 24, 2020 conference in light of the COVID-19 pandemic and the resulting limitations on court appearances. The Government also respectfully requests that, based on the COVID-19 pandemic, the Court exclude time through the rescheduled conference date, in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A). Defense counsel consents to this exclusion of time.

Upon the application of the government, consented to by defense counsel the conference previously scheduled for June 24, 2020 is adjourned to July 28, 2020 at 11:00 a.m. I find that the ends of justice will be served by granting a continuance and that taking such action outweighs the best interest of the public and the defendant in a speedy trial. The reasons for this finding are that the grant of the continuance is necessary based on the COVID-19 pandemic. Accordingly, the time between today and July 28, 2020 is excluded under the Speedy Trial Act. SO ORDERED.

_____
P. Kevin Castel
United States District Judge

6/18/2020

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By:   /s/_____
Amanda L. Houle / Matthew J. Laroche
Jason A. Richman / Elinor L. Tarlow
Assistant United States Attorneys
(212) 637-2194 / 2420 / 2589 / 1036