

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 11, 2020

<u>Via ECF</u>
The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Mauricio Hernandez Pineda*, S4 15 Cr. 379 (PKC)

Dear Judge Castel:

    The Government writes on behalf of the parties to request a 60-day adjournment of the November 17, 2020 conference in light of, among other things, the COVID-19 pandemic and the parties ongoing discussions concerning a potential disposition in this matter. For the same reasons, the parties also respectfully request that the Court exclude time through the rescheduled conference date, in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A).

                             Respectfully submitted,

                             AUDREY STRAUSS
                             Acting United States Attorney

                        By:   /s/
                            Amanda L. Houle / Matthew Laroche
                            Jason A. Richman / Elinor L. Tarlow
                            Assistant United States Attorneys
                            (212) 637-2194 / 2420 / 2589 / 1036

Cc:    Defense Counsel (via ECF)