

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 11, 2020

Telephonic conference scheduled for November 17, 2020 is adjourned to January 19, 2021 at 10:30 a.m.
SO ORDERED.
Dated:  11/12/2020

P. Kevin Castel
United States District Judge

Via ECF
The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Mauricio Hernandez Pineda*, S4 15 Cr. 379 (PKC)

Dear Judge Castel:

The Government writes on behalf of the parties to request a 60-day adjournment of the November 17, 2020 conference in light of, among other things, the COVID-19 pandemic and the parties ongoing discussions concerning a potential disposition in this matter. For the same reasons, the parties also respectfully request that the Court exclude time through the rescheduled conference date, in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A).

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

By:   /s/
      Amanda L. Houle / Matthew Laroche
      Jason A. Richman / Elinor L. Tarlow
      Assistant United States Attorneys
      (212) 637-2194 / 2420 / 2589 / 1036

Cc:   Defense Counsel (via ECF)