UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                  S4 15-cr-379 (PKC)

   -against-

                                                  ORDER

MAURICIO HERNANDEZ PINEDA,

                  Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.:

        The conference previously scheduled for November 17, 2020 is adjourned to January 19, 2021 at 10:30 a.m.  I find that the ends of justice will be served by granting a continuance and that taking such action outweighs the best interest of the public and the defendant in a speedy trial.  The reasons for this finding are that the grant of the continuance is needed to allow the parties to continue ongoing discussions concerning a potential disposition in this matter and because of the Covid-19 pandemic.  Accordingly, the time between today and January 19, 2021 is excluded.

        SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
       November 17, 2020