UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
          :
UNITED STATES OF AMERICA,          :
          :
     -v.-          :     15-cr-379 (PKC)
          :
MAURICIO HERNANDEZ PINEDA,          :     ORDER
          :
     Defendants.          :
-----------------------------------------------------------------------X

CASTEL, U.S.D.J.

       The next conference in this matter is scheduled for January 29, 2021 at 10:30 am and will take place as a teleconference.

       The dial-in information for the proceeding is as follows:

       Phone Number:     888-363-4749

       Access Code:     3667981

       SO ORDERED.

                                P. Kevin Castel
                                United States District Judge

Dated: January 21, 2021
       New York, New York