**HOWARD LEADER**
**ATTORNEY AT LAW**
**800 THIRD AVENUE**
**SUITE 2501**
**NEW YORK, NEW YORK 10022**
**TELEPHONE (646) 533-7696**
**FACSIMILE   (646) 590-9676**
**E-MAIL HOWARD.LEADER@PROTONMAIL.COM**

**FILED VIA ECF**

Hon. P. Kevin Castel
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Street
New York, New York 10007

March 19, 2021

<u>United States v. Mauricio HERNANDEZ-PINEDA</u>
15 Cr. 379 (PKC)

Dear Judge Castel:

As the Court will recall, I am counsel of record for Mr. Hernandez-Pineda in this matter. By Order dated March 16, 2021, the Court cancelled the conference previously scheduled for March 22, 2021 and has directed the parties to appear personally March 30, 2021 at 10:30am.

Unfortunately, due to other previously scheduled matters, I shall be out-of-town for work the week of March 29 and therefore will be unable to attend in person. I must therefore write to request an adjournment until the following week, to which the government consents. If the Court is amenable to the request, I am available to appear in person any day or time the week of April 5 except the morning of April 6, when I have a scheduled appearance in an unrelated matter. I would consent to an exclusion of the time from the Speedy Trial clock under the circumstances.

Alternatively, if the Court prefers, I could appear telephonically on March 30.

I  thank the Court for its kind consideration of this matter and apologize for any inconvenience.

Respectfully submitted,

/s/ Howard Leader
HOWARD LEADER


cc:    Matthew J. Laroche, Esq.
       Jason A. Richman, Esq.
       Elinor Tarlow, Esq.
       Amanda L. Houle, Esq.
       Jacob H. Gutwillig, Esq.        (VIA ECF)


The Curcio Hearing originally scheduled on March 30, 2021 is adjourned to April 7, 2021 at 10:30 a.m. in Courtroom 11D. Time is excluded under the speedy trial act until April 7, 2021 for the reasons set forth in Mr. Leader's letter dated 3/19/2021. SO ORDERED.
Dated:  3/19/2021

P. Kevin Castel
United States District Judge