UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                    15 CR 379 (PKC)

              -against-                                            ORDER

MAURICIO HERNANDEZ-PINEDA,

                                    Defendant.
--------------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

          Upon the application of defense counsel (the government takes no position), the conference previously scheduled for July 29, 2021 is adjourned to September 20, 2021 at 4:30 p.m.  The conference will proceed telephonically.    Dial-In No.:  1-888-363-4749, Access Code:  3667981.  I find that the ends of justice will be served by granting a continuance and that taking such action outweighs the best interest of the public and the defendant in a speedy trial.  The reasons for this finding are that the grant of the continuance is needed to allow the parties to continue discussions of a potential disposition of this case. Accordingly, the time between today and September 20, 2021 is excluded.

          SO ORDERED.

                                    _____
                                        P. Kevin Castel
                                    United States District Judge

Dated: New York, New York
        July 20, 2021