UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATES OF AMERICA,

                                                                                                      S5 15 CR 379 (PKC)

        -against-                                                    ORDER

MAURICIO HERNANDEZ-PINEDA,

                    Defendant.
-----------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

        Upon the application of defense counsel, consented to by the government, the conference previously scheduled for January 25, 2022 is adjourned to March 29, 2022 at 12:00 p.m.  The conference will proceed by videoconference.  I find that the ends of justice will be served by granting a continuance and that taking such action outweighs the best interest of the public and the defendant in a speedy trial.  The reasons for this finding are that the grant of the continuance is necessary in light of the surge of the Omicron variant as part of the ongoing COVID-19 global pandemic and the pandemic-relating quarantine that defendant would be subjected to if he were to make an in-court appearance.  The continuance will also allow the parties to continue discussions that would obviate the need for trial.  Accordingly, the time between today and March 29, 2022 is excluded.

        SO ORDERED.

                                                                P. Kevin Castel
                                                            United States District Judge

Dated: New York, New York
             January 24, 2022