**HOWARD LEADER**
ATTORNEY AT LAW
534 WEST 112TH STREET
P.O. BOX 850294
NEW YORK, NEW YORK 10025
TELEPHONE (646) 533-7696
FACSIMILE   (646) 590-9676
E-MAIL HOWARD.LEADER@GMAIL.COM

**FILED VIA ECF**

Hon. P. Kevin Castel
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Street
New York, New York 10007

June 10, 2022

<u>United States v. Mauricio HERNANDEZ-PINEDA</u>
(S5) 15 Cr. 379 (PKC)

Dear Judge Castel:

As counsel of record for Mr. Hernandez-Pineda, I am writing to request an adjournment of the next conference in this matter, currently scheduled to proceed remotely on June 14, 2022, for another thirty (30) days until after July 18, 2022. The government consents.

Again, the primary reason for the request is to allow the parties to continue active plea discussions that would obviate the need for trial. These discussions are still ongoing. Further, the government is providing additional discovery which counsel will have to review with his client.

For these reasons, we ask that the conference in this matter, currently scheduled for June 14, 2022, be adjourned for thirty (30) days. We would have no objection to an exclusion under the Speedy Trial clock in these circumstances.

If this request is granted, we also ask the Court to allow the conference to proceed virtually. Mr. Hernandez-Pineda would consent to waiving his right to be

- 2 -

physically present.

    We thank the Court for its consideration.

Respectfully submitted,

/s/

HOWARD LEADER

cc:    Jason A. Richman, Esq.
        Elinor Tarlow, Esq.
        Jacob H. Gutwillig, Esq., Assistant United States Attorneys    (VIA ECF)

Application GRANTED.
Status conference adjourned to July 26, 2022 at 2:30 PM and will proceed as a video conference. Time is excluded under the Speedy Trial Act until July 26, 2022 for the reasons set forth in defense counsel's letter dated June 10, 2022.

SO ORDERED.
Dated: June 13, 2022

                                    P. Kevin Castel
                                    United States District Judge