```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -X
                                  :
UNITED STATES OF AMERICA          :
                                  :
     - v. -                       :    S4 15 Cr. 379 (PKC)
                                  :
MAURICIO HERNANDEZ PINEDA,        :
                                  :
                    Defendant.    :
                                  :
- - - - - - - - - - - - - - - - -X
```

Whereas the United States of America, Damian Williams, United States Attorney for the Southern District of New York, by and through Assistant United States Attorneys Jacob Gutwillig, Michael Lockard, Jason Richman, David Robles, and Elinor Tarlow, seeks an order restricting the dissemination of material produced pursuant to the Jencks Act and *Giglio v. United States*, 405 U.S. 150 (1972) ("3500 Material") in connection with the trial in this matter scheduled to begin January 23, 2023 ("Trial");

Whereas, based on: (i) information in the public filings to date related to the defendant Mauricio Hernandez Pineda and other defendants in this case indicates that the 3500 Material will contain sensitive information regarding assistance to law enforcement by others in sensitive ongoing investigations in Honduras and elsewhere as well as actual and threatened acts of violence against victims whose identities are not presently public; and (ii) the consent of the defendant, by and through his

attorney Howard Leader, Esq., the Court finds that there is good cause for the requested relief;

IT IS HEREBY ORDERED that the defendant and his defense team -- including but not limited to Mr. Leader, and any U.S.-based paralegals, investigators, and interpreters working for the defendant or Mr. Leader -- shall not transport or transmit any of the 3500 Material outside of the United States;

IT IS FURTHER ORDERED that the defendant and his defense team shall not show or disseminate any of the 3500 Material to anyone other than the defendant and U.S.-based paralegals, investigators, and interpreters working for Mr. Leader;

IT IS FURTHER ORDERED that the defendant shall not possess any of the 3500 Material, either before, during, or after the Trial, except when reviewing the 3500 Material in the presence of Mr. Leader or U.S.-based paralegals, investigators, and interpreters working for Mr. Leader;

IT IS FURTHER ORDERED that the defendant and his defense team shall return to the Government, or destroy, all of the 3500 Material at the close of the Trial or when any appeals have become final; and

Case 1:15-cr-00379-PKC  Document 488-1  Filed 11/07/22  Page 3 of 3
Case 1:15-cr-00379-PKC  Document 489  Filed 11/07/22  Page 3 of 3

IT IS FURTHER ORDERED that defense counsel may seek authorization of the Court, with notice to the Government, to provide certain specified materials to persons whose access to such materials is otherwise prohibited by this Order, if it is determined by the Court that such access is necessary for the purpose of preparing the defense of the case.

SO ORDERED:

_____  
HONORABLE P. KEVIN CASTEL  
United States District Court  
Southern District of New York

11-7-22  
Date

3