**HOWARD LEADER**
ATTORNEY AT LAW
534 WEST 112TH STREET
P.O. BOX 850294
NEW YORK, NEW YORK 10025
TELEPHONE (646) 533-7696
FACSIMILE   (646) 590-9676
E-MAIL HOWARD.LEADER@GMAIL.COM

**FILED VIA ECF**

Hon. P. Kevin Castel
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Street
New York, New York 10007

November 21, 2022

<u>United States v. Mauricio HERNANDEZ-PINEDA</u>
(S5) 15 Cr. 379 (PKC)

Dear Judge Castel:

This letter is submitted in anticipation of tomorrow afternoon's status conference.

Specifically, Mr. Hernandez advises me that he remains steadfast in his desire to have new counsel appointed to represent him for trial. Consequently, I anticipate renewing my request to be relieved and to have counsel appointed.

While the question of representation will be taken up at tomorrow's conference, I the Court may also need to address the issue of additional time for the defense to respond to the government's *limine* motions, which are otherwise also due tomorrow.

Respectfully submitted,

<u>/s/ Howard Leader</u>
HOWARD LEADER

cc: All counsel    (VIA ECF)