UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,

      15-cr-379-04 (PKC)

   -against-

      ORDER

MAURICIO HERNANDEZ-PINEDA,

      Defendant.
-------------------------------------------------------------x

CASTEL, U.S.D.J.

      Ken Womble, a member of the CJA Panel, is appointed as additional counsel for Mauricio Hernandez-Pineda.

      SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
      February 15, 2023