**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 10, 2023

**BY ECF**

Honorable P. Kevin Castel
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

**Re: United States v. Mauricio Hernandez Pineda, S4 15 Cr. 379 (PKC)**

Dear Judge Castel:

Attached please find a proposed Protective Order for your Honor's consideration. This proposed Order is meant to replace the one previously entered by the Court on February 22, 2021, at Dkt. No. 248. The parties have signed the proposed Order.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: /s/
Jacob H. Gutwillig
David J. Robles
Elinor L. Tarlow
Kyle A. Wirshba
Assistant United States Attorneys
(212) 637-2215 / -2550 / -1036 / -2493

cc: All Counsel (by ECF)