

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 28, 2023

**BY ECF**

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

    Re:    <u>United States v. Mauricio Hernandez Pineda</u>, S4 15 Cr. 379 (PKC)
             <u>United States v. Juan Orlando Hernandez</u>, S7 15 Cr. 379 (PKC)
             <u>United States v. Juan Carlos Bonilla Valladares</u>, S8 15 Cr. 379 (PKC)

Dear Judge Castel:

       The Government respectfully writes, pursuant to the Court's September 21, 2023 Order (Dkt. No. 614), to confirm that it has made available to cleared defense counsel the additional information referenced in the Government's September 8, 2023 classified, *ex parte* submission.

                                       Respectfully submitted,

                                       DAMIAN WILLIAMS
                                       United States Attorney for the
                                       Southern District of New York

                By:             /s/
                              Jacob H. Gutwillig / David J. Robles
                              Elinor L. Tarlow / Kyle A. Wirshba
                              Assistant United States Attorneys
                              (212) 637-2215 / 2550 / 1036 / 2493

cc: Defense Counsel (by ECF)