UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
UNITED STATES OF AMERICA,                  :

   -against-                                              :     **ORDER**

MAURICIO HERNANDEZ PINEDA,       :     15 CR 379 (PKC)

                    Defendants.                   :
------------------------------------------------------x

      Upon the application of Ken Womble, Esq., Richard Ma, Esq., and Cory Garcia, Esq., attorneys for defendant Mauricio Hernandez Pineda.

      **IT IS HEREBY ORDERED** that the United States Marshals Service and the warden at the Essex County Correctional Facility, 354 Doremus Avenue, Newark, NJ 07105, permit the defendant:

      **MAURICIO HERNANDEZ PINEDA**, BOP Reg. # 76413-054,  and
                           New Jersey booking # 217002359

      to receive: (1) three dress shirts; (2) three pairs of slacks; (3) two suit jackets; (4) two sweaters; (5) two ties; (6) four pairs of socks; (7) one pair of dress shoes; and (8) one belt, from his attorneys, and to make this clothing available to **MAURICIO HERNANDEZ PINEDA** to wear to court, and transport him wearing this clothing, from February 5, 2024, and any date thereafter until his jury trial before the Honorable P. Kevin Castel in the United States Courthouse at 500 Pearl Street, New York, New York, ends.

Dated:  New York, New York
          1-9 , 2024

                                            Hon. P. Kevin Castel,
                                            United States District Judge