UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,

                        15-cr-379 (PKC)

      -against-

                        ORDER

JUAN ORLAND HERNANDEZ,
JUAN CARLOS BONILLA VALLADARES, AND
MAURICIO HERNANDEZ-PINEDA,

             Defendant.
-------------------------------------------------------------x

CASTEL, U.S.D.J.

      The Court will conduct a hearing on the matters addressed in the government's two letters of January 19, 2024 on January 23, 2024 at 10:00 a.m. in Courtroom 11D. The presence of the government, each defendant and counsel for each defendant is required. The government shall arrange for the production of each defendant.

      SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
       January 20, 2024