**Law office of**
**CG Cory Garcia, P.C.**
245 Main Street, Suite 420, White Plains, NY 10601
Office: 914-705-3745 • Mobile: 917.270.0894 • Website: CoryGarciaLaw.com

January 26, 2024

<u>Via ECF</u>
Hon. P. Kevin Castel
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

*Re: United States v. Mauricio Hernandez Pineda, et al., 15 Cr. 379 (PKC)*

Dear Judge Castel:

  Richard Ma, Esq., Ken Womble, Esq. and I represent defendant Mauricio Hernandez Pineda on the above referenced matter, having been appointed pursuant to the provisions of the Criminal Justice Act, 18 U.S.C. § 3006A. On April 1, 2023, I was initially appointed to the case as a mentee in the SDNY CJA Mentoring Program at the rate of $103 per hour. However, on January 1, 2024, I was appointed to the CJA Panel in the Southern District. With this development, I respectfully request to raise my current payment rate to the full CJA rate of $172.00 per hour, nunc pro tunc, to January 1, 2024.

  The Court's time and attention to this request is greatly appreciated.

Respectfully Submitted,

*Cory Garcia*
Cory Garcia, Esq.

Application GRANTED nunc pro tunc to January 1, 2024.
SO ORDERED.
Dated: 1/29/2024

*P. Kevin Castel*
P. Kevin Castel
United States District Judge