UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
:
UNITED STATES OF AMERICA                            :         ORDER
:
- v. -                                              :
:         15 Cr. 379 (PKC)
MAURICIO HERNANDEZ PINEDA,                          :
:
Defendant.                                 :
:
-------------------------------------------------------------X

WHEREAS, with the consent of defendant Mauricio Hernandez Pineda, his guilty plea allocution was taken before a United States Magistrate Judge on February 2, 2024;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated: February 6, 2024
New York, New York

HONORABLE P. KEVIN CASTEL
UNITED STATES DISTRICT JUDGE