UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                       15 CR 379 (PKC)

      -against-                                                ORDER

MAURICIO HERNANDEZ PINEDA,

                      Defendant.
------------------------------------------------------------x
CASTEL, U.S.D.J.

        Sentencing for Mauricio Hernandez Pineda is scheduled for May 2, 2024 at 11:00 a.m. in Courtroom 11D.

        SO ORDERED.

                                               P. Kevin Castel
                                       United States District Judge

Dated: New York, New York
         February 13, 2024