UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                 15-cr-379 (PKC)

      -against-

                                                 ORDER

MAURICIO HERNANDEZ PINEDA,

                      Defendant.
-------------------------------------------------------------x

CASTEL, U.S.D.J.

        The sentencing set for July 2, 2024, will begin at **3:00 p.m**. rather than at 2:00 p.m.

        SO ORDERED.

                                                 P. Kevin Castel
                                       United States District Judge

Dated: New York, New York
       June 27, 2024