Mauricio Hernandez Pineda
Reg. no. 76413-054
FCI Bennettsville
P.O. Box 52020
Bennettsville, SC 29512

Feb 17, 2026

Honorable Judge P. Kevin Castel,
Greetings, I hope you are doing okay and all yours in the best of conditions and positive Spirit.

The reason for this letter is to inform you about a few issues that occurred during the process of my case (case No. 15-CR-00379-04) US VS. Mauricio Hernandez Pineda.
I believe that i received legal representation fraudalent & unofficiant, for the next reasons:
1) The lawyer appointed to my case elaborated a document written by their hands to incriminate me in a crime that i did not commited. And i was forced to plea guilty under threats, false promesess, and lies.

2) I was forced to write to you a letter wich it was all coached by the attorneys.
I have copies of the different letter that they told me to change. I was never given the chance to prepare for a trial, their only object in their visits was for to cooperate in the trial against Juan Orland Hernandez
They also fabricated a scenario full of lies & false information.

3) The attorneys were never concern for the evidence of my inocence that i provided for them.

I also like to tell you about the inhumane conditions i lived during the process of fighting my case.

1) I was held for 9 months in solitary confinement isolated from everyone else, the

Cell was for mental Health Patients, where i was a victim of wrongful punishment & was treated very bad. This here has messed up my Physical & mental health. Till this day i suffer from the past situation.

2) I was restricted from making any calls & Contacting my family in my Country for 32 months, that was a factor against me to help my self to gather evidence to prove my innocence.

3) I was given Medications non Competible with each-other. I also was infected by the Covic-19 virus, to i almost lost my life.

4) I was housed at dangerous Classification areas.

5) After i was healthy again i was placed with Covic-19 infected inmates and for that reason i contracted the virus again. I'm still taking meds over this whole deal.

6) After my sentencing having 5 custody Points i'm being housed in a Medium facility jail not where i belong custody wise.

I have been 73 months excellent Conduct behavior. My time i have spent it Studying and taking programs and helping my fellow inmates, Preparing myself for my release.
I am not a violent person, I am a good person who means well.

I never hurt any one, I have Cristian Principals.

I ~~done~~ do not have a Criminal record in my Country.

My family is waiting on me. I have my family support and work available to me.

I am 54 yrs old and a sick older Father who needs me.

Sir I have documents to prove everything that i have wrote to you in this letter.

My request to you is to please consider my pardon and give me a chance to return to my family and my Country.

I Like to thank your time in this most important matter, Have a nice blessed day.

Sinerly,
Mauricio Hernandez
Pineda
Reg. no. 76413-054

RECEIVED
MAR 04 2026
CHAMBERS OF
P. KEVIN CASTEL
U.S.D.J.





Federal Correctional Institution
Muckerman Rd, Be         le, S.C. 29512
Date: 2-20-16

enclosed item              cessed through Spe        Mailing
Room               The            as been
       forwarding t              f it a     ses a question or problem over
    opened nor ins        ion, you may wish to return
on this facility       s ju          turn
material for further information or clarification.
With         osed correspondence for forwarding
other addressee, please return the enclosure to the above address.