RECEIVED
SDNY PRO SE OFFICE

2026 JUL -9 PM 3: 48

Mauricio Hernández Pineda
Reg. Nº 76413-054
F.C.I Bennettsville
P.O. Box 52020
Bennettsville, SC 29512

06-Julio-2026

To: The office pro Se Litigation
united States District Court,
Southern District of New York.

Re: Caso Nº 24-1868 (Apelacion) united States
of America V. Mauricio Hernández Pineda
(caso # 15-Cr-379-4 PKC).

Saludos; deseo Se encuentren bien con la
bendición de Dios.

La razon de esta Carta es para Pedirles Su
ayuda para elaborar una mocion 2255 para
mi Apelacion, No tengo representacion y asistencia
Legal del estado, la Solicite Varias Veces Sin
respuesta, tengo en mis manos la informacion
Sobre los argumentos y puntos claves para
mi apelación, Si Su respuesta es positiva porfavor
indiqueme que informacion necesitan.

Muchas Gracias por Su tiempo y atención a
mi Carta.
Dios Le Bendiga.

Atentamente
Mauricio Hernández Pineda

CC